UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTIAN DOSCHER,

    Plaintiff,

v.                        Case No. 8:16-cv-2276-T-33MAP

JAMES PATRICK HOLDING,

    Defendant.
_____/

**ORDER**

This matter comes before the Court sua sponte. On August 8, 2016, Plaintiff Christian Doscher brought this libel action against Defendant James Patrick Holding. (Doc. # 1). Doscher's Complaint alleges that Holding resides in Ocoee, Florida. (Id. at ¶¶ 5, 7). Because the city of Ocoee is located in Orange County, Florida, which falls within the Orlando Division of the Middle District of Florida, the Court entered an Order to show cause why this action should not be transferred to the Orlando Division pursuant to Local Rule 1.02. Doscher's response indicates he "does not oppose the Court's intent . . . to transfer this action to the Orlando

1

Division." (Doc. # 6). Therefore, this action is transferred to the Orlando Division of the Middle District of Florida.[1]

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to **TRANSFER** this action to the Orlando Division of the Middle District of Florida. Once transfer is effected, the Clerk shall **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 29th day of August, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

---

[1] Doscher also "requests that the companion lawsuit Doscher v. Barnett, Case No. 8:16-cv-02275, be transferred back to the Orlando Division." (Doc. # 6 at 1). That case, however, was assigned to the Honorable James D. Whittemore, United States District Judge. Furthermore, a review of the docket sheet in 8:16-cv-2275 indicates the action was transferred to the Orlando Division by an order dated August 25, 2016.